3

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ELIFONSO LOPEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. MISC. B-99-016 |
| | § | |
| GARY JOHNSON, DIRECTOR OF THE | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE-INSTITUTIONAL DIVISION | § | |

O R D E R

Petitioner, Elifonso Lopez, has filed a Petition for Writ of Habeas Corpus pursuant to Title 28, U.S.C. § 2254. Petitioner will be allowed to proceed in Forma Pauperis. The State of Texas is hereby ordered to file a response by July 6, 1999.

DONE at Brownsville, Texas, this 4th day of May 1999.

John Wm. Black
United States Magistrate Judge